**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

ANA JANAINA PANTOJA MOURA
PALHA, an individual,

       Plaintiff,

v.

KITCHEN TABLE HOLDINGS, LLC, a
Florida limited liability company; KITCHEN
TABLE SOUTH BEACH, LLC, a Florida
limited liability company; and 27
ENTREPRENEURS HOLDINGS, LLC, a
Florida limited liability company,

       Defendants.
_____/

## COMPLAINT

Plaintiff, Ana Janaina Pantoja Moura Palha ("Palha") hereby files this Complaint against Defendants, Kitchen Table Holdings, LLC ("KTH"), Kitchen Table South Beach, LLC ("KTSB"), and 27 Entrepreneurs Holdings, LLC ("27 Entrepreneurs" and, together with KTH and KTSB, "Defendants"), and in support thereof, states as follows:

## THE PARTIES

1. Palha is an individual and is a citizen and resident of Brazil.

2. Defendant KTSB is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida.

3. Defendant KTH is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida.

1

4. Roger Duarte ("Duarte") is a United States citizen domiciled in Florida and is the manager and sole owner of KTH.

5. KTH is the sole owner and manager of KTSB.

6. 27 Entrepreneurs is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida. Duarte is the sole manager and owner of 27 Entrepreneurs.

## JURISDICTION AND VENUE

7. The Court has original jurisdiction of this matter under 28 U.S.C. § 1332(a)(2), because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between a subject of a foreign state (Plaintiff-Brazil) and citizens of a State (Defendants-Florida). Specifically, Plaintiff Palha is a resident and citizen of Brazil. Defendant KTSB is a Florida limited liability company that is owned and managed by KTH. In turn, KTH is also a Florida limited liability company. KTH is owned and managed by Duarte, a U.S. citizen who is domiciled in Florida. Defendant 27 Entrepreneurs is a Florida limited liability company that is owned and managed by Duarte, a U.S. citizen who is domiciled in Florida.

8. The Court has personal jurisdiction over KTSB and KTH because they breached a contract in Florida by failing to perform acts that were required to be performed in the State and are engaged in substantial and not isolated activity within Florida.

9. The Court has personal jurisdiction over 27 Entrepreneurs because it breached a contract in Florida by failing to perform acts that were required to be performed in the State and is engaged in substantial and not isolated activity within Florida.

10. Venue is proper in this district, because all Defendants reside in Miami-Dade County, and because a substantial part of the events or omission giving rise to the claim occurred in Miami-Dade County. 28 U.S.C. § 1391(b)(1)-(2).

## FACTUAL ALLEGATIONS

11. In 2019, Palha filed an action against KTSB, KTH, and Duarte in the Eleventh Judicial Circuit in and for Miami-Dade County, styled *Palha v. Duarte, et al.*, No. 2019-012673-CA (the "Lawsuit"), asserting counts of fraud, demand for accounting, and judicial dissolution.

12. In addition, there were two other actions for declaratory relief in Miami-Dade County circuit court, and an arbitration pending before the AAA/ICDR, which were related to the Lawsuit.

13. On or about January 8, 2021, Palha, KTSB, KTH, Duarte, 27 Entrepreneurs, and others executed a settlement agreement ("Settlement Agreement") by which all pending litigation and arbitration would be dismissed and KTSB and KTH would pay Palha $200,000.00 in eight installments (the "Settlement Amount"), as follows:

> $25,000 – upon the parties' execution of the Settlement Agreement;
> $25,000 – April 1, 2021
> $25,000 – July 1, 2021
> $25,000 – October 1, 2021
> $25,000 – January 1, 2022
> $25,000 – April 1, 2022
> $25,000 – July 1, 2022
> $25,000 – October 1, 2022

A copy of the Settlement Agreement is attached as **Exhibit A**.

14. 27 Entrepreneurs guaranteed payment of the Settlement Amount. Ex. A, Settlement Agreement, § 3. To that end, 27 Entrepreneurs and Palha executed a guaranty

agreement (the "Guaranty Agreement"), which is attached as Exhibit 1 to the Settlement Agreement.

15. Section 2.4 of the Settlement Agreement provides in relevant part,

> In the event KTH and KTSB fail to timely make any payments required under this Agreement, Palha shall give KTH and KTSB written notice of such default under § 12.10 and KTSB and KTH shall have seven (7) days right to cure the default following the date of Palha's notice. In the event KTH and KTSB do not cure the default within this seven (7) day period, then KTSB and KTH, and Guarantor pursuant to § 3, shall be immediately liable for the entire Settlement Amount less any payments made to Palha.

16. KTH and KTSB paid the installments through and including July 1, 2021.

17. In or about the end of September 2021, KTH and KTSB requested a one-time 30-day extension of time to make the payment due on October 1, 2021.

18. Palha agreed to KTH and KTSB's request and entered into an Extension of Payment Agreement (the "Extension Agreement"), attached hereto as **Exhibit B**.

19. The Extension Agreement was signed by Palha and by KTH, KTSB, 27 Entrepreneurs, and Duarte.

20. Under the Extension Agreement, the parties acknowledged and confirmed that the Settlement Agreement remained in full force and effect, and agreed that KTH and KTSB's October 1, 2021 $25,000 payment would be due, instead, on November 1, 2021. Ex. B, §§ 2, 4.

21. However, KTH and KTSB did not pay the $25,000 installment on November 1, 2021, or at any time thereafter.

22. In accordance with § 12.10 of the Settlement Agreement, on November 5, 2021, Palha gave notice of the default to KTH and KTSB and gave them seven days right to cure the default (the "Notice").  A copy of the Notice is attached as **Exhibit C**.

23. Pursuant to the terms of the Settlement Agreement, the Notice was transmitted by e-mail and U.S. Mail to counsel for Duarte, KTH, KTSB, and 27 Entrepreneurs.

24. Neither KTH nor KTSB cured the default.

25. Because KTH and KTSB failed to cure the default in a timely manner, KTH, KTSB, and 27 Entrepreneurs are all immediately liable for the remainder of the Settlement Amount, $125,000.

26. Pursuant to the Guaranty Agreement, on December 23, 2021, Palha demanded payment from 27 Entrepreneurs for $125,000, the remainder of the Settlement Amount (the "Demand"). A copy of the Demand is attached as **Exhibit D**. In accordance with the terms of the Guaranty Agreement, the Demand was transmitted by e-mail and U.S. Mail to counsel for 27 Entrepreneurs.

27. 27 Entrepreneurs failed to make any payment.

28. Accordingly, Defendants owe $125,000 to Palha.

29. As of the date of this Complaint, Defendants have failed to make any payment.

30. All conditions precedent to sue on the Settlement Agreement and Guaranty Agreement have been performed, have occurred, or have been waived.

31. Palha has retained the law firm of OKI Law, P.A., to enforce her rights in this action, and has obliged herself to pay said law firm's reasonable attorneys' fees and costs in connection with the enforcement of her rights in this action.

### COUNT I – BREACH OF CONTRACT
**(Against KTH and KTSB)**

32. Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1-31 of this Complaint as is fully set forth herein.

33. This is an action for breach of contract against KTH and KTSB.

34. On or about January 8, 2021, Palha, KTH, KTSB, 27 Entrepreneurs, and others entered into the Settlement Agreement described herein and attached as Exhibit A.

35. Under the Settlement Agreement, KTH and KTSB were required to pay Palha the Settlement Amount in eight installments of $25,000 each.

36. KTH and KTSB breached the Settlement Agreement by failing to pay the installment due on November 1, 2021.

37. Pursuant to the terms of the Settlement Agreement, Palha gave KTH and KTSB the required Notice (of the default and opportunity to cure). However, KTH and KTSB did not cure the default.

38. Palha suffered damages as a result of KTH's and KTSB's breach of the Settlement Agreement.

39. Because they failed to cure the default, KTH and KTSB are liable for the entire Settlement Amount, less the payments made to Palha. Accordingly, KTH and KTSB owe Palha $125,000.

WHEREFORE, Palha demands judgment against KTH and KTSB for all amounts owned under the Settlement Agreement, totaling $125,000, plus accrued and accruing pre- and post-judgment interest, costs, attorney's fees pursuant to the Settlement Agreement, and such other and further relief as the Court deems just and proper.

### COUNT II – BREACH OF GUARANTY AGREEMENT
(Against 27 Entrepreneurs)

40. Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1-31 of this Complaint as is fully set forth herein.

41. This is an action for breach of guaranty against 27 Entrepreneurs.

42. On or about January 8, 2021, Palha, KTH, KTSB, 27 Entrepreneurs, and others entered into the Settlement Agreement described herein and attached as Exhibit A.

43. Under Section 3 of the Settlement Agreement, 27 Entrepreneurs agreed to guarantee payment of the Settlement Amount and executed the Guaranty Agreement attached as Exhibit 1 to the Settlement Agreement.

44. Section 3 of the Guaranty Agreement provides that

> If all or any part of the Settlement Amount shall not be paid after any cure period provided in the Settlement Agreement, Guarantor shall, immediately upon written demand by Palha, and without presentment, protest, notice of protest, notice of non-payment, or any other notice whatsoever, pay to Palha or its successors or assigns, in lawful money of the United States of America, the amount then due and payable under the Settlement Agreement.

45. Under the Settlement Agreement, KTH and KTSB were required to pay Palha the Settlement Amount in eight installments of $25,000 each.

46. KTH and KTSB breached the Settlement Agreement by failing to pay the installment due on November 1, 2021.

47. Pursuant to the terms of the Settlement Agreement, Palha gave KTH and KTSB the required Notice (of the default and opportunity to cure). The Notice was transmitted to 27 Entrepreneurs, as well.

48. However, KTH and KTSB did not cure the default.

49. Because KTH and KTSB failed to cure the default, under the Guaranty Agreement, 27 Entrepreneurs is liable for the entire Settlement Amount, less the payments made to Palha.

50.     Pursuant to the terms of the Guaranty Agreement, Palha gave 27 Entrepreneurs the required Demand for payment. However, 27 Entrepreneurs has failed to pay Palha the amount due under the Guaranty Agreement after receiving the Demand.

51.     As a result of 27 Entrepreneurs' breach, Palha suffered damages totaling $125,000—the remaining amount due under the Settlement Agreement.

WHEREFORE, Plaintiff demands judgment against 27 Entrepreneurs for all amounts owned under the Guaranty Agreement, totaling $125,000, plus accrued and accruing pre- and post-judgment interest, costs, attorney's fees pursuant to the terms of the Guaranty Agreement, and such other and further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues and claims so triable.

Date: February 2, 2022

Respectfully Submitted,

Omar K. Ibrahem, P.A.
Counsel for Plaintiff
201 S. Biscayne Blvd., Suite 800
Miami, Florida 33131
Tel: 786.502.4837
Fax: 786.513.3980
Email: omar@okilaw.com

By: s/Omar K. Ibrahem
    Omar K. Ibrahem
    Florida Bar No. 59045